

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00295-CR

Joshua **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4739
Honorable Jefferson Moore, Judge Presiding

# O R D E R

After this court's granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on December 21, 2022. On the twice-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is granted. Appellant's brief is due on January 20, 2023. **Absent extraordinary circumstances, no further extensions of time to file the brief will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court